UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

PATRICK DENNIS SUTTON
SANDRA JEAN SUTTON

Debtors                                            /

CHAPTER 13
CASE NO. 07-56977-SWR
JUDGE STEVEN W RHODES

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM. # | TRUSTEE CLM. # | CLASS OF CLAIM | CHECK # | AMT. OF CHECK |
|---|---|---|---|---|---|
| PATRICK DENNIS SUTTON & SANDRA JEAN SUTTON<br>32220 SANDRA LN<br>WESTLAND, MI 48185 | 0 | 0 | Debtor Refund Unclaimed | 3389912 | $0.03 |
| TOTAL | | | | | $0.03 |

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

May 10, 2010

/s/ KRISPEN S. CARROLL
KRISPEN S. CARROLL (P49817)
719 Griswold
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com